IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CRYSTAL FOREMAN, CARSON P., SHERRI WHEELER, PAULETTE V., JODELL BRUNS, DANIELLE D., SUSAN NOWAK, CHERYL H., SARA JENSEN, and JACOB P., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05cv3241 |
| v. | ) ) | |
| DAVE HEINEMAN, NANCY MONTANEZ, JOANN SCHAEFER, RICHARD NELSON, DENNIS LOOSE, and TODD RECKLING, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 28, 2005, file their Report of Parties' Planning Conference.

DATED October 11, 2005.

/s/   *David L. Piester*
United States Magistrate Judge