FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 OCT 25  AM 11: 27

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARSON P., by his next friend, Crystal Foreman, et al., | ) Case No.: 04:05CV03241(RGK)(DLP) |
| Plaintiffs, | ) |
| v. | ) |
| DAVE HEINEMAN, as Governor of the State of Nebraska, et al. | ) |
| Defendants. | ) |

## CONFIDENTIALITY ORDER

By agreement of the parties and for good cause shown, it is hereby ORDERED that:

1. Any individually-identifiable information derived or ascertained from any document produced or other formal or informal disclosure made by a party to this case that concerns any minor child (under 19 years of age), such child's family members, foster family members, and persons included in any case files as a source of information concerning the child, including without limitation any names, addresses, telephone numbers, social security numbers, dates of birth, and other individual information likely to enable a reasonable member of the general public to ascertain the relevant person's

**EXHIBIT A**

identity (collectively, "Individually-Identifiable Information"), is hereby designated to be confidential and shall be subject to the provisions of this Order.

2. The use of Individually-Identifiable Information by the parties and their counsel for any purpose other than the preparation and trial of this case or other proceedings related to this case is prohibited, except as modified by subsequent order of this Court.

3. Disclosure of Individually-Identifiable Information shall be limited to the parties, their counsel and to staff employed by the parties or their counsel, including experts and persons employed by experts.

4. Any person to whom Individually-Identifiable Information is disclosed under the terms of this Order shall be provided a copy of this Order and is specifically directed not to reveal such information for any purpose other than as permitted by this Order. Furthermore, any person to whom Individually-Identifiable Information is disclosed under the terms of this Order who is not either a party, counsel for a party, or a direct employee of such counsel, shall sign a copy of the Statement of Confidentiality attached hereto and made a part hereof as Exhibit A, prior to being furnished with any such information.

5. If Individually-Identifiable Information is used during depositions or in pleadings, briefs, affidavits or other filings, the relevant portions of deposition transcripts, deposition exhibits, pleadings, briefs, affidavits and other documents shall be treated as confidential in accordance with this Order and redacted or sealed prior to filing in a manner consistent with Rule 5.3(a) of the Local Civil Rules.

6. If Individually-Identifiable Information is to be used during trial or in any other evidentiary hearing in this case, the relevant portions of any exhibits, testimony, and other evidentiary submissions shall be treated as confidential and redacted or sealed in a manner consistent with this Order and any subsequent order governing the treatment of Individually-Identifiable Information in this case.

7. This Order shall not apply to or prohibit the disclosure or dissemination of information other than Individually-Identifiable Information, including without limitation (i) summary data and calculations based on Individually-Identifiable Information that are not themselves individually-identifiable, and (ii) documents produced by a party to this action that as redacted or otherwise altered are not individually-identifiable.

8. No action shall be taken against any Named Plaintiff in retaliation for their participation in this lawsuit.

ENTERED this 25 day of Oct, 2005.

DAVID L. PIESTER
UNITED STATES MAGISTRATE JUDGE

**AGREED TO AND APPROVED FOR ENTRY:**

**ATTORNEYS FOR DEFENDANTS:**

By:   /s/ Timothy R. Engler
      TIMOTHY R. ENGLER (Bar No. 15940)
      CHRISTOPHER R. HEINRICH (Bar No. 20521)
      HARDING, SHULTZ & DOWNS
      800 Lincoln Square
      121 South 13th Street
      Lincoln, NE 68501-2028
      Phone: (402) 434-3000
      Facsimile: (402) 434-3030

**ATTORNEYS FOR PLAINTIFFS:**

By:   /s/ Marcia Robinson Lowry
      MARCIA ROBINSON LOWRY (pro hac vice)
      IRA P. LUSTBADER (pro hac vice)
      DOUGLAS C. GRAY (pro hac vice)
      CHILDREN'S RIGHTS
      404 Park Avenue South, Eleventh Floor
      New York, New York 10016
      Phone: (212) 683-2210
      Facsimile: (212) 683-4015

By:   /s/ D. Milo Mumgaard
      D. MILO MUMGAARD (Bar No. 19919)
      JENNIFER A. CARTER (Bar No. 22819)
      NEBRASKA APPLESEED CENTER FOR LAW
       IN THE PUBLIC INTEREST
      941 'O' Street, Suite 105
      Lincoln, NE 68508-3626
      Phone: (402) 438-8853
      Facsimile: (402) 438-0263

By:   /s/ V. Gene Summerlin
      V. GENE SUMMERLIN (Bar No. 19611)
      MARNIE A. JENSEN (Bar No. 22380)
      OGBORN, SUMMERLIN & OGBORN, P.C.
      210 Windsor Place
      330 South Tenth Street
      Lincoln, NE 68508
      Phone: (402) 434-8040
      Facsimile: (402) 434-8044

By:    /s/ Stanley J. Adelman
      STANLEY J. ADELMAN (pro hac vice)
      ANNE C. AUTEN (pro hac vice)
      DLA PIPER RUDNICK GRAY CARY US LLP
      203 North LaSalle Street
      Chicago, Illinois 60601
      Phone: (312) 368-4095
      Facsimile: (312) 236-7516

OF COUNSEL:

KEVIN COLLERAN (Bar No. 10740)
CLINE, WILLIAMS, WRIGHT, JOHNSON & OLDFATHER, L.L.P.
1900 U. S. Bank Building
233 S. 13th Street
Lincoln, NE 68508
Phone: (402) 474-6900

EDWARD H. TRICKER (Bar No. 15504)
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Phone: (402) 437-8500

THOMAS A. GRENNAN (Bar No. 15675)
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124-2342
Phone: (402) 392-1500

## Exhibit A

## STATEMENT OF CONFIDENTIALITY

By signing this document, I hereby certify that I have read the Confidentiality Order entered by the Court in *Carson P., by his next friend, Crystal Foreman, et al. v. Heineman et al.*, 04:04CV03241(RGK)(DLP) on _____, 2005. I understand this Order and agree to abide by its terms by not disclosing confidential information to anyone other than counsel, employees or clerical staff subject to this order, except as required by lawful judicial process.

Date: _____

_____
Name