```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CRYSTAL FOREMAN, CARSON P., SHERRI WHEELER, PAULETTE V., JODELL BRUNS, DANIELLE D., SUSAN NOWAK, CHERYL H., SARA JENSEN, and JACOB P., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3241 |
| v. | ) ) | |
| DAVE HEINEMAN, NANCY MONTANEZ, JOANN SCHAEFER, RICHARD NELSON, DENNIS LOOSE, and TODD RECKLING, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

A telephonic conference was held before me on this date to discuss the progression of this case and the defendant's pending motion for additional time to respond the plaintiff's motion for class certification. As discussed and stated during that conference,

IT IS HEREBY ORDERED:

1. The defendants' motion for enlargement of time, filing 35, is granted. The defendants are given until February 1, 2006 to respond to the plaintiffs' filing 11 motion for class certification.

2. Regarding discovery in this case,

   a. The parties' Rule 26(a)(1) disclosures shall be served on or before November 21, 2005;

   b. On or before November 14, 2005, the defendants shall produce to the plaintiffs the case files of the named plaintiffs;

   c. Pending a ruling on the plaintiffs' motion to certify a class, the scope of discovery in this case shall be limited to the issues of class

      certification, jurisdictional issues, and abstention.

3. Within ten days after the court has ruled on the plaintiffs' motion for class certification, the parties shall contact the chambers of the undersigned to schedule another telephonic conference to discuss the preparation of this case, its progression, and an appropriate scheduling order for resolution of this case.

DATED this 2nd day of November, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge