IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| CARSON P., by his next friend, Crystal Foreman; ) <br> PAULETTE V., by her next friend, Sherri Wheeler; ) <br> DANIELLE D., by her next friend, Jodell Bruns;   ) <br> CHERYL H., by her next friend, Susan Nowak; and) <br> JACOB P., by his next friend, Sara Jensen, on their ) <br> own and on behalf of all others similarly situated,  ) <br>                                                                          ) <br>                             Plaintiffs,                       ) <br>                                                                          ) <br>            v.                                                         ) <br>                                                                          ) <br> DAVE HEINEMAN, as Governor of the State of  ) <br> Nebraska; NANCY MONTANEZ, as Director of  ) <br> Services, Nebraska Department of Health and    ) <br> Human Services; JOANN SCHAEFER, as the      ) <br> Director of Regulation and Licensure, Nebraska  ) <br> Department of Health and Human Services;        ) <br> RICHARD NELSON, as the Director of Finance  ) <br> and Support, Nebraska Department of Health and ) <br> Human Services; DENNIS LOOSE, as the Chief   ) <br> Deputy Director, Nebraska Department of Health ) <br> and Human Services; and TODD RECKLING, as  ) <br> the Administrator of the Department of Health and ) <br> Human Services' Office of Protection and Safety,  ) <br>                                                                          ) <br>                             Defendants.                    ) <br>                                                                          ) | Case No. 4:05CV3241(RGK)(DLP) <br><br> ORDER |

IT IS HEREBY ORDERED the parties' stipulation, filing 75, insofar as it relates to the deadlines for responses to the pending motions for class certification and appointment of class counsel, is granted and the parties shall comply with the following scheduling dates:

Plaintiffs shall serve and file any reply papers in further support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (Filing #11) on or before March 31, 2006.

DATED March 16, 2006

BY THE COURT
s/ *David L. Piester*
United States Magistrate Judge