THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARSON P., by his next friend Crystal Foreman, et al., | ) ) ) | 4:05CV3241 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| DAVE HEINEMAN, as Governor of the State of Nebraska, et al., | ) ) ) | |
| Defendants. | ) ) | |

The parties have filed a Stipulation Regarding Scheduling (filing 91). Construing the Stipulation as a motion, I shall grant it as follows.

IT IS ORDERED:

1. The parties' Stipulation Regarding Scheduling (filing 91) is granted;

2. Either party shall serve and file any Statement of Objection to the Magistrate Judge's August 16, 2006, Report and Recommendation (filing 90) on or before September 29, 2006;

3. Briefs opposing such objections shall be filed on or before November 13, 2006;

4. Reply briefs, if any, shall be served and filed on or before November 30, 2006;

5. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "Response Due" date on Filing 11

(Motion to Certify Class), Filing 70 (Motion to Dismiss), and Filing 90 (Report and Recommendation) is November 30, 2006.

August 21, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge