IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARSON P., by his next friend, Crystal Foreman; <br> PAULETTE V., by her next friend, Sherri Wheeler; <br> DANIELLE D., by her next friend, Jodell Bruns; <br> CHERYL H., by her next friend, Susan Nowak; and <br> JACOB P., by his next friend, Sara Jensen, BOBBI <br> W., by her next friend, Michelene Creager; <br> HANNAH A., by her next friend, Vanessa <br> Nkwocha, on their own and on behalf of all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVE HEINEMAN, as Governor of the State of <br> Nebraska; NANCY MONTANEZ, as Director of <br> Services, Nebraska Department of Health and <br> Human Services; JOANN SCHAEFER, as the <br> Director of Regulation and Licensure, Nebraska <br> Department of Health and Human Services; <br> RICHARD NELSON, as the Director of Finance <br> and Support, Nebraska Department of Health and <br> Human Services; DENNIS LOOSE, as the Chief <br> Deputy Director, Nebraska Department of Health <br> and Human Services; and TODD RECKLING, as <br> the Administrator of the Department of Health and <br> Human Services' Office of Protection and Safety, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05CV3241(RGK)(DLP) <br><br><br> ORDER |

This matter came before this Court on the Plaintiffs' Motion to Withdraw Appearance of Doug Gray (Filing #113). This Court being fully advised on the premises, finds that this Motion be granted.

IT IS HEREBY ORDERED that the appearance of Doug Gray is withdrawn as counsel for the Plaintiffs.

Dated this 26th day of January, 2007.

        BY THE COURT

        s/ *David L. Piester*
        David L. Piester
        United States Magistrate Judge