IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARSON P., by his next friend, Crystal Foreman; PAULETTE V., by her next friend, Sherri Wheeler; DANIELLE D., by her next friend, Jodell Bruns; CHERYL H., by her next friend, Susan Nowak; and JACOB P., by his next friend, Sara Jensen, BOBBI W., by her next friend, Michelene Creager; HANNAH A., by her next friend, Vanessa Nkwocha, on their own and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | Case No. 4:05CV3241(RGK)(DLP) |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| DAVE HEINEMAN, as Governor of the State of Nebraska; NANCY MONTANEZ, as Director of Services, Nebraska Department of Health and Human Services; JOANN SCHAEFER, as the Director of Regulation and Licensure, Nebraska Department of Health and Human Services; RICHARD NELSON, as the Director of Finance and Support, Nebraska Department of Health and Human Services; DENNIS LOOSE, as the Chief Deputy Director, Nebraska Department of Health and Human Services; and TODD RECKLING, as the Administrator of the Department of Health and Human Services' Office of Protection and Safety, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before this Court on the Plaintiffs' Motion to Withdraw Appearance of Tara Crean (Filing #114). This Court being fully advised on the premises, finds that this Motion be granted.

IT IS HEREBY ORDERED that the appearance of Tara Crean is withdrawn as counsel for the Plaintiffs.

Dated this 26th day of January, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge